## CIVIL COVER SHEET

**I. CASE STYLE**

IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA
CASE NUMBER: _____
JUDGE: _____

Stephanie Rosa,

    Plaintiff,

v.

PetersenDean Roofing and Solar Systems,

    Defendant.

**II. TYPE OF CASE**

| Domestic Relation | Torts | Other Civil |
|---|---|---|
| _ Simplified Dissolution | _ Professional Malpractice | _ Contracts |
| _ Dissolution | _ Product Liability | _ Condominium |
| _ Support - IV-D | _ Auto negligence | _ Real Property/Mortgage Foreclosure |
| _ Support - Non IV-D | _ Other negligence | _ Eminent domain |
| _ URESA - IV-D | | x Other: Wage and Hour |
| _ URESA - Non IV-D | | |
| _ Domestic violence | | |
| _ Other domestic relations | | |

**III. IS JURY TRIAL DEMANDED IN COMPLAINT?**
    X Yes
    _ No

Date: May 11, 2017

SIGNATURE OF ATTORNEY FOR PARTY INITIATING ACTION

*/s/ Kevin E Vorhis*
Kevin E Vorhis, ESQUIRE
COHEN & GROSSMAN, ATTORNEYS AT LAW
FLORIDA BAR NUMBER: 0118482
350 NORTH LAKE DESTINY ROAD
MAITLAND, FLORIDA 32751
PHONE/FAX: (407) 478-4878/0204
EMAIL: kvorhis@itsaboutjustice.LAW