**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

STEPHANIE ROSA,

        Plaintiff,

v.                                                              Case No: 6:17-cv-1111-Orl-40DCI

PETERSENDEAN ROOFING AND
SOLAR SYSTEMS,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Motion for Approval of FLSA Settlement and Order of Dismissal with Prejudice (Doc. 28) filed on January 19, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection (Doc. 30) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 23, 2018 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of FLSA Settlement and Order of Dismissal with Prejudice (Doc. 28) is **GRANTED**.

3. The Court **FINDS** the Settlement Agreement (Doc. 28-1) to be a fair and reasonable settlement of Plaintiff's FLSA claim.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 2, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties